IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONNICA BILLUPS
AND JEROME BILLUPS                                                          PLAINTIFFS

V.                                              CAUSE NO.: 1:17-cv-00111-SA-DAS

FOOD GIANT SUPERMARKETS, INC.                                               DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the joint Motion *ore tenus* of Plaintiffs, Donnica Billups and Jerome Billups and Defendant, Food Giant Supermarkets, Inc., to dismiss this action against the Defendant with prejudice. After being fully advised in the premises, and these parties having reached a full and final compromise regarding this dispute, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' claims against the Defendant are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 23rd day of October, 2018.

_____
U.S. DISTRICT COURT JUDGE

Approved and Agreed:

_____
GREGORY W. HARBISON
ATTORNEY FOR PLAINTIFFS

*Richard L. Kimmel*
RICHARD L. KIMMEL
ATTORNEY FOR DEFENDANT

K:\user7\RK\Food Giant ads. Donnica Billups and Jeremy Billups\Agreed Order of Dismissal.wpd